**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**AUBREY MATTHEW HEROD**                                              **PLAINTIFF**

**V.**                                                        **CAUSE NO.: 3:08CV94-SA-SAA**

**SUNGDAE MACHINE, ET AL.**                                          **DEFENDANTS**

**ORDER GRANTING MOTION TO ALLOW JURISDICTIONAL DISCOVERY**

This cause comes on for consideration on Plaintiff's Motion to Allow Jurisdictional Discovery [9]. The Court finds as follows:

The Court **GRANTS** the Motion to Allow Jurisdictional Discovery. The Court will allow jurisdictional discovery in order to resolve any inconsistencies or factual disputes that currently exist regarding whether the Court has personal jurisdiction. The parties are granted until January 9, 2009, to conclude discovery on these matters.

So **ORDERED**, the 21st day of November, 2008.

> **/s/ Sharion Aycock_____**
> **U.S. DISTRICT COURT JUDGE**