**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**AUBREY MATTHEW HEROD**                                                      **PLAINTIFF**

**V.**                                      **CAUSE NO.: 3:08CV94-SA-SAA**

**SUNGDAE MACHINE, ET AL.**                                        **DEFENDANTS**

<u>**ORDER GRANTING MOTION TO STAY PROCEEDINGS IN PART**</u>

This cause comes on for consideration on Defendants' Motion to Stay Proceedings [23] pending this Court's decision on personal jurisdiction. The Court finds as follows:

The Court **GRANTS** in part and **DENIES** in part the Motion to Stay Proceedings pending a decision on Defendant's Motion to Dismiss [6]. However, the Court will allow jurisdictional discovery in order to resolve any inconsistencies or factual disputes that currently exist regarding whether the Court has personal jurisdiction. The parties are granted until January 9, 2009, to conclude discovery on these matters.

So **ORDERED**, the 21st day of November, 2008.

                                                                <u>**/s/ Sharion Aycock**</u>
                                                                **U.S. DISTRICT COURT JUDGE**